IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **AMBER G. DAVIS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 23-0053-CV-W-BCW |
| **MARTIN O'MALLEY,** **COMMISSIONER OF SOCIAL** **SECURITY ADMINISTRATION,** | ) |
| **Defendant.** | ) |

____ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

pursuant to Section 405(g), the Commissioner of Social Security's determination is AFFIRMED.

March 25, 2024
Date

Paige Wymore-Wynn
Clerk of Court

/s/ Tracy L. Diefenbach
(by) Deputy Clerk